AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __TEXAS__

SABRE INC.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

AIR CANADA, INC.,
    Defendant

CASE NUMBER:    3-02CV2016-L

TO: (Name and address of Defendant)

Air Canada
Air Canada Centre
7373 Cote-Vertu Blvd. West
Saint Laurent (Montreal) H4Y 1H4
Quebec, Canada
c/o Secretary of State, Austin, Texas 78711

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Crews, Esq.
Jon G. Shepherd, Esq.
GIBSON DUNN & CRUTCHER LLP
2100 McKinney, Suite 1100
Dallas, Texas 75201
Telephone: 214-698-3100
Facsimile: 214-698-3400

**ATTORNEYS FOR PLAINTIFF SABRE, INC.**

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 26 2002

CLERK OF COURT

CLERK    *Nicole Phillips*     DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                      *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.