ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:02-CV-2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On **October 16, 2002**, Defendant filed its original answer to the complaint in this case, but did not provide the clerk with a certificate of interested persons. N.D. Tex. Civ. R 7.4 was adopted, effective September 1, 2000, which requires that

> The initial responsive pleading that a defendant files in a civil action must be accompanied by a separately signed certificate of interested persons that complies with LR 3.1(f). If the defendant concurs in the accuracy of another party's previously-filed certificate, the defendant may adopt that certificate.

Accordingly, to ensure that recusal is not required in this case, no later than **10 days** after this order is filed, Defendant must comply with Rule 7.4 so that the court can ensure that recusal is not required in this case.

It is so ordered this 18th day of October, 2002.

Sam A. Lindsay
United States District Judge

Order - Solo page