Case 3:02-cv-02016-L-BD   Document 7   Filed 10/28/02   Page 1 of 5   PageID 47

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2002

CLERK, U.S. DISTRICT COURT
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3: 02CV2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**

Defendant, Air Canada, moves to supplement the record for its Motion to Dismiss for Forum Non Conveniens, filed on October 16, 2002, and states as follows:

1.  Air Canada has moved this Court to dismiss this case for forum non conveniens, or in the alternative, to stay these proceedings under the doctrine of international abstention (the "Motion to Dismiss").

2.  In its Motion to Dismiss, Air Canada informed the Court that the parallel proceedings currently pending in the Superior Court of Québec, "may be brought for hearing in Québec in as little as five months." Motion to Dismiss at 15. In support of this statement, Air Canada cited an affidavit from Pierre Y. Lefebvre, a Canadian attorney practicing in Montreal, which stated:

> I have been advised by the Master of Rolls of the Superior Court of the District of Montreal that the hearing for the Motion for Declaratory Judgment, as the one filed by Air Canada, is usually set within five (5) months of service and filing of the Motion. I will receive shortly a letter from the Master of rolls confirming this information and I will file this letter with the Court record.

Lefebvre Affidavit ¶ 7 ( Motion to Dismiss, Exhibit F).

507268v1/006193

3.      Messr. Lefebvre has transmitted this letter from the Master of the Roles, which is attached hereto. According to this letter, Air Canada's action may be resolved in the Québec court even earlier than expected. The Master of the Roles has estimated that this case may reach a hearing in as little as eight weeks to three months.

4.      This information further supports Air Canada's Motion to Dismiss for Forum Non Conveniens, or, in the Alternative, to Stay on Grounds of International Abstention.

Wherefore Air Canada respectfully submits this information to the Court to supplement the record pertaining to its prior motion.

                                        Respectfully submitted,

                                        _____
                                        Stephen D. Susman
                                        State Bar No. 19521000
                                        Harry P. Susman
                                        State Bar No. 24008875
                                        1000 Louisiana Street, Suite 5100
                                        Houston, Texas 77002-5096
                                        Telephone: (713) 651-9366
                                        Fax:  (713) 654-6666

                                        ATTORNEYS FOR DEFENDANT
                                        AIR CANADA

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served by facsimile on the following counsel of record, this 25th day of October, 2002, as indicated below:
John R. Crews
Jon G. Shepherd
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201
(214) 698-3400 FAX

                                        _____
                                        Harry P. Susman

507268v1/006193

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

### AFFIDAVIT OF SUYASH AGRAWAL

SUYASH AGRAWAL, after first being duly sworn upon his oath, makes this affidavit and states the following:

1.  My name is Suyash Agrawal. I am over the age of twenty-one (21) years, am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this Affidavit, and each of the facts and statements is true and correct.

2.  On October 25, 2002, I received a transmittal from Pierre Y. Lefebvre, an attorney with the Canadian law firm of Fasken Martineau DuMolin LLP. Attached was a letter from Michel Côté, the Master of the roles of the District of Montreal.

3.  Attached hereto are the true and correct copies of the documents I have received in this regard.

FURTHER AFFIANT SAITH NOT.

*/s/ Suyash Agrawal*
Suyash Agrawal

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Suyash Agrawal, on this 25th day of October, 2002, to certify which witness my hand and seal of office.

*/s/ David A. DeFranco*

Notary Public in and for the State of Texas
My Commission Expires:

DAVID A. DEFRANCO
Notary Public, State of Texas
Commission Expires 02-15-2005

507268v1/006193

Fasken Martineau DuMoulin LLP
Barristers and Solicitors
Patent and Trade-mark Agents

Stock Exchange Tower
Suite 3400, P.O. Box 242
800 Place Victoria
Montréal, Québec, Canada H4Z 1E9



FASKEN
MARTINEAU

514 397 7400 Telephone
514 397 7600 Facsimile

**Pierre Y. Lefebvre**
Direct (514) 397-7565
plefebvre@mtl.fasken.com

October 24, 2002
File No.: 170/116681.12

**BY FEDERAL EXPRESS**

Mr. Suyash Agrawal
SUSMAN GODFREY LLP
1000 Louisiana
Suite 5100
Houston, Texas
USA
77002

Dear Mr. Agrawal:

**Re:    Air Canada
        v. Sabre Inc.**

Pursuant to your e-mail of this day, please find enclosed a letter from the Master of Rolls estimating the amount of time it will take to get a hearing on Air Canada's Declaratory Judgment Motion in Quebec.

Trusting the whole is to your entire satisfaction, we remain,

Yours truly,

**FASKEN MARTINEAU DuMOULIN LLP**

Pierre Y. Lefebvre

PYL/sb
Encl.



**Québec**

Ministère de
la Justice

Montreal, October 21st 2002

Mtre Jean-François Hébert
800 Place Victoria, # 3400
Montreal, Quebec H4Z 1E9

Re : Time periods at the Superior Court – District of Montreal

Counsel,

We hereby wish to inform you of the current time periods for the hearing of an originating document before the courts of the District of Montreal.

With respect to motions instituting proceedings before the Superior Court and instituting special proceedings such as injunctions, evocations and declaratory judgments, our time periods are currently of eight (8) weeks for hearings scheduled for two days and of three (3) months for hearings requiring three days or more.

Please do not hesitate to contact the undersigned should you require any further information.

Michel Côté
Master of the roles
District of Montreal

Service de soutien aux tribunaux civils
Palais de justice de Montréal
1, rue Notre-Dame Est, bureau 1.150
Montréal (Québec) H2Y 1B6
Téléphone : (514) 393-2713
Télécopieur : (514) 864-8588
Adresse Internet : mrcotemrcote@justice.gouv.qc.ca