

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:02-CV-2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the court is Defendant's Motion to Supplement the Record in Support of Defendant's Motion to Dismiss for Forum Non Conveniens, filed October 28, 2002.[*] Defendant's motion is technically deficient in that it does not contain a certificate of conference, as required by N.D. Tex. Local Civ. R. 7.1(b). The court finds good cause to allow the supplementation, and accordingly **grants** Defendant's Motion to Supplement the Record in Support of Defendant's Motion to Dismiss for Forum Non Conveniens.

Although the court has granted Defendant's motion, it in no way condones or excuses its failure to comply with this court's local rules. Defendant is admonished that in the future, noncompliance with this court's local rules may result in its pleadings, motions or other written submissions being stricken from the record without notice.

---

[*] Plaintiff is entitled to file a written response to Defendant's motion within 20 days from the date it is filed, see N.D. Tex. Local Civ. R. 7.1(e); however, the court determines that no response is necessary. Plaintiff's response to Defendant's motion to dismiss is not yet due; therefore, Plaintiff will not be prejudiced by allowing the supplement, as it will have an opportunity to respond to it. Moreover, the supplement merely corroborates evidence already in the record. Under these circumstances, the court can think of no reason that would persuade it to deny Defendant's motion.

Order - Page 1



Finally, the clerk has informed the court that counsel for Defendant, Mr. Harry P. Susman, is not admitted to practice in this district. Counsel is therefore directed to either submit documentation showing that he is a member of the bar of this court, or, file an application to appear in this case *pro hac vice* no later than **November 12, 2002**.

**It is so ordered** this __1st__ day of November, 2002.

_____
Sam A. Lindsay
United States District Judge

Order - Page 2