**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:02-CV-2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), Defendant's Motion to Dismiss for Forum Non Conveniens, or, In the Alternative, To Stay on Grounds of International Abstention, filed on October 16, 2002, is hereby **referred** to United States Magistrate Judge Jeff Kaplan for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the motion. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution.

All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" - not to the district judge or court, and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

**It is so ordered** this 1st day of November, 2002.

Sam A. Lindsay
United States District Judge

Order - Solo Page