ORIGINAL



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-02-CV-2016-L |
| | § | |
| AIR CANADA, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Air Canada, Inc. has filed a motion to dismiss this case for *forum non-conveniens*. Defendant argues that the Superior Court of Quebec is an available and adequate forum to resolve this dispute with Plaintiff Sabre, Inc. and that the relevant private and public interest factors warrant dismissal. Alternatively, defendant moves to stay this proceeding on grounds of international abstention pending the outcome of a declaratory judgment action filed in the Superior Court of Quebec.

Plaintiff shall file a response to the motion by **November 18, 2002**. Any affidavits, depositions, written discovery materials, or other supporting evidence must be included in a separate appendix. The appendix shall be numbered sequentially from the first page through the last, and include an index of all documents contained therein. An envelope that contains a non-documentary or oversized exhibit must be numbered as if it were a single page. *See* LR 7.1(i). Defendant may file a reply brief, but no additional evidence, by **December 3, 2002**. No supplemental pleadings, briefs, or evidence will be allowed without leave of court.



Defendant's request for oral argument is granted. The court will schedule the motion for oral argument after the parties submit their briefs.

SO ORDERED.

DATED: November 4, 2002.

_____
JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE