IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABRE INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:02CV2016-L |
| AIR CANADA INC., | |
| Defendant. | |

**PLAINTIFF SABRE INC.'S MOTION TO RESET BRIEFING SCHEDULE**

Plaintiff Sabre Inc. ("Sabre") hereby files this motion to reset the briefing schedule previously set by this Court in relation to Air Canada's Motion to Dismiss For Forum Non Conveniens, Or, In The Alternative, To Stay On Grounds Of International Abstention ("Air Canada's Motion to Dismiss or Stay"). As more fully set forth in the accompanying brief, this Motion is made on the grounds that (1) no additional time is required for the briefings and hearing of this matter beyond that provided by the Federal Rules of Civil Procedure and the Local Rules of this Court; and (2) fairness requires that this preliminary matter be determined as expeditiously as possible so that this matter can proceed promptly on the merits.

**PRAYER**

WHEREFORE, Plaintiff Sabre Inc. respectfully requests that the Court grant its Motion to Reset Briefing Schedule and require that Air Canada respond according to the deadline established by Local Rule. Sabre also respectfully requests that a hearing be set before this Court on Air Canada's Motion To Dismiss For Forum Non Conveniens, Or, In The Alternative, To Stay On Grounds of International Abstention as expeditiously as possible.

DATE: November 5th, 2002

          Respectfully submitted,

By: _____
    John R. Crews
    State Bar No. 00785529
    Jon G. Shepherd
    State Bar No. 00788402
    Darren L. McCarty
    State Bar No. 24007631
    GIBSON, DUNN & CRUTCHER LLP
    2100 McKinney Avenue, Suite 1100
    Dallas, Texas 75201
    Telephone: (214) 698-3100
    Facsimile: (214) 698-3400
    ATTORNEYS FOR PLAINTIFF SABRE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via certified mail, return receipt requested to Stephen D. Susman, counsel Defendant, on the 5th day of November, 2002.

_____
Darren L. McCarty

## CERTIFICATE OF CONFERENCE

Plaintiff Sabre Inc.'s Motion to Reset Briefing Schedule is opposed by Defendant Air Canada. Darren L. McCarty, counsel for Plaintiff Sabre Inc., and Harry P. Susman, counsel for Defendant Air Canada, conferred by teleconference on November 5, 2002, and were unable to reach agreement on the appropriate briefing schedule. Air Canada requests the schedule ordered by the Court on November 4, 2002, while Sabre Inc. requests the schedule set forth in the accompanying Motion to Reset Briefing Schedule.

_____
Darren L. McCarty