

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3: 02CV2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now Harry P. Susman, Applicant herein, and respectfully states the following:

1. Applicant is an attorney and member of the law firm of Susman Godfrey, L.L.P. with offices at 1000 Louisiana, Suite 5100, Houston, Texas, 77002-5096, telephone number (713) 651-9366.

2. Applicant will sign all pleadings with the name Harry P. Susman.

3. Applicant has been retained personally or as a member of the above-named firm by Air Canada to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Northern District of Texas.

4. Since 1996, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Texas where Applicant regularly practices law. Applicant's bar license number is 24008875.

508382v1/006193

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission |
| --- | --- |
| Southern District of Texas | 5/14/1999 |
| Eastern District of Texas | 7/19/1999 |
| Western District of Texas | 6/27/2000 |

6. Applicant is presently a member in good standing of the bars of the courts listed in question 5.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has not filed for *pro hac vice* in the United States District Court, Northern District of Texas during the past three (3) years.

10. There is no local counsel of record associated with Applicant in this matter.

11. Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Texas 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

12. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 11th day of November, 2002.

Harry P. Susman

_____

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of the court accompanied by a $25.00 filing fee on this 11th day of November, 2002.

Harry P. Susman

_____

508382v1/006193                                    -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3: 02CV2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

 ✓ The Application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

 ___ The application be denied. The Clerk of Court shall return the admission fee to the Applicant.


_November 14, 2002_  _Sam A. Lindsay_
DATE JUDICIAL OFFICER