IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:02-CV-2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |



## STANDING ORDER OF REFERENCE

Upon review of this case and in light of the parties' recent filings, the court believes it appropriate to refer this case to the magistrate judge for pretrial management. Accordingly, this case is hereby **referred** to United States Magistrate Judge Jeff Kaplan for pretrial management. All nondispositive motions are prospectively referred to the magistrate judge for determination. All case dispositive motions are prospectively referred to the magistrate judge for findings and recommendations. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

**It is so ordered** this 14th day of November, 2002.

Sam A. Lindsay
United States District Judge



**Standing Order of Reference - Solo Page**