

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-02-CV-2016-L |
| | § | |
| AIR CANADA, INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff Sabre, Inc. has filed a motion for partial summary judgment as to its breach of contract claim against Defendant Air Canada, Inc.

Defendant shall file a written response to the motion by **December 5, 2002.** The response must be accompanied by a brief not to exceed 30 pages in length. *See* LR 56.5(b) (as modified). Any affidavits, depositions, written discovery materials, or other summary judgment evidence must be included in a separate appendix. The appendix shall be numbered sequentially from the first page through the last, and include an index of all documents contained therein. An envelope that contains a non-documentary or oversized exhibit must be numbered as if it were a single page. *See* LR 56.6(b). Plaintiff may file a reply brief, but no additional evidence, by **December 20, 2002.** The reply shall not exceed 15 pages in length. *See* LR 56.5(b) (as modified). No supplemental pleadings, briefs, or summary judgment evidence will be allowed without leave of court. *See* LR 56.7.

The summary judgment motion will be decided without oral argument on the written submissions of the parties.

SO ORDERED.

DATED: November 15, 2002.

_____
JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE