**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**FILED**

NOV 21 2002

**CLERK, U.S. DISTRICT COURT**
By _____
        **Deputy**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| SABRE, INC.       , | § |
| **Plaintiff** | § |
| | § |
| v. | § |
| | § |
| AIR CANADA, INC. , | § |
| **Defendant** | § |

CA No. 3:02CV2016-L

**Case Number**

---

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now _____Suyash Agrawal_____, Applicant herein, and respectfully

states the following:

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

_Susman Godfrey LLP_, with offices at _1000 Louisiana Street #5100_,
                                               (Street Address)

_Houston_, _Texas_, _77002_, _713.651.9366_
(City)              (State)        (Zip Code)    (Telephone No.)

**II.**  Applicant will sign all pleadings with the name _____Suyash Agrawal_____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by _____

_____Air Canada, Inc._____ to provide
                (List All Parties Represented)

legal representation in connection with the above-styled matter now pending before the United States District

Court, Northern District of Texas.

**IV.**  Since _Nov._, _2002_ Applicant has been and presently is a member in good standing of the

bar of the highest court of the state of _____Texas_____ where Applicant regularly practices law.

Applicant's bar license number is _24036110_.

**V.**  Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Texas State Courts | November 2002 |
| | |
| | |

**VI.**  Applicant is presently a member in good standing of the bars of the courts listed in question V, except



as provided below: (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court, Northern District of Texas during the past three (3) years in the following matters:        N/A

Date of Application                          Case No. And Style

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is _____ N/A _____ who has offices at_____,
                    (Address)
_____.
(Telephone No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☒    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 19th day of November, 2002

Suyash Agrawal
_____
Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this 19th day of November, 2002.

Suyash Agrawal
_____
Printed Name of Applicant

_____
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☒ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

NOVEMBER 21, 2002
_____
DATE

_____
JUDICIAL OFFICER