ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 7 2003
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | | |
|---|---|---|
| SABRE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-02-CV-2016-L |
| | § | |
| AIR CANADA, INC. | § | |
| | § | |
| Defendant. | § | |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(c), the undersigned (counsel for plaintiff) (counsel for defendant), hereby voluntarily consents to have U.S. Magistrate Judge Jeff Kaplan conduct the following proceedings in this cause:

____    All further proceedings, including trial and entry of a final judgment.

____    Final rulings on all case dispositive motions.

Signed this ___ day of _____, 200__.

_____
Signature

_____
Printed Name

---

**REFUSAL TO CONSENT**

The undersigned ~~(counsel for plaintiff)~~ (counsel for defendant) acknowledges the availability of a United States magistrate judge to try this case or rule on all dispositive motions, but is unwilling to consent to proceed before the magistrate judge.

Signed this 6th day of January, 2003.

_____
Signature

Suyash Agrawal
_____
Printed Name
Counsel for Defendant Air Canada