

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:02-CV-2016-L |
| | § | |
| AIR CANADA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 1, 2003, Defendant Air Canada filed a bankruptcy petition in the Ontario, Canada Superior Court of Justice. That same day, Air Canada sought relief, as a foreign debtor, from the United States Bankruptcy Court for the Southern District of New York under 11 U.S.C. § 304. The bankruptcy court in New York has issued a preliminary injunction staying all proceedings "against or in respect of" Air Canada or its property. *See In re Petition of Ernst & Young Inc., as Monitor of Air Canada*, Case No. 03-11971 (PCB) (Bankr. S.D.N.Y. Apr. 1, 2003). As the bankruptcy court's preliminary injunction applies to this action, all proceedings herein against Air Canada are hereby stayed.

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. The United States District Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. The parties are directed to report to the court in writing every 120 days regarding the status of the bankruptcy proceedings.

Order - Page 1

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this ___4th___ day of April, 2003.

_____
Sam A. Lindsay
United States District Judge

Order - Page 2