IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABRE INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR CANADA INC., <br><br> Defendant. | CIVIL ACTION NO. 3:02CV2016-L |

## JOINT STATUS REPORT

Pursuant to the Court's order of April 4, 2003 requesting that the parties report to the Court in writing every 120 days regarding the status of Air Canada's bankruptcy proceedings and the stay of this action, Defendant Air Canada reported to the court by letter dated July 3, 2003 that the stay had been extended by the Ontario Superior Court of Justice until September 30, 2003.

By this Joint Status Report, the parties wish to inform the court that they intend to dismiss this action without prejudice, but that at this time, the bankruptcy stay precludes Air Canada from filing a stipulation of dismissal.

DATED: August 27, 2003

By: _____
John R. Crews
State Bar No. 00785529
Jon G. Shepherd
State Bar No. 00788402
Sarah A. Donch
State Bar No. 24002003

GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6911
Telephone:    (214) 698-3100
Telecopy:     (214) 698-3400

ATTORNEYS FOR PLAINTIFF SABRE INC.

By: _____
Stephen D. Susman
State Bar No. 19521000
Harry P. Susman
State Bar No. 24008875
Suyash Agrawal
State Bar No. 24036110

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:    (713) 651-9366
Telecopy:     (713) 654-6666

ATTORNEYS FOR DEFENDANT AIR CANADA, INC.

50178237_1.DOC

**JOINT STATUS REPORT – Page 2**