

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABRE INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR CANADA INC., <br><br> Defendant. | CIVIL ACTION NO. 3:02CV2016-L |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action that the action be dismissed without prejudice, with each party bearing its own costs and attorneys' fees. For the Court's convenience, an Agreed Order of Dismissal Without Prejudice has been submitted herewith.

DATED: Nov. 19, 2004

By: _____
John R. Crews
State Bar No. 00785529
Jon G. Shepherd
State Bar No. 00788402
Sarah A. Donch
State Bar No. 24002003

GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6911
Telephone:   (214) 698-3100
Telecopy:    (214) 698-3400

ATTORNEYS FOR PLAINTIFF SABRE INC.

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE - p. 1

By: *[signature]*
Stephen D. Susman
State Bar No. 19521000
Harry P. Susman
State Bar No. 24008875
Suyash Agrawal
State Bar No. 24036110

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:   (713) 651-9366
Telecopy:    (713) 654-6666

ATTORNEYS FOR DEFENDANT AIR CANADA, INC.