IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABRE INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:02CV2016-L |
| AIR CANADA INC., | |
| Defendant. | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has considered the Joint Stipulation of Dismissal Without Prejudice submitted by the parties. The Court finds that the Stipulation has merit and that this matter should be dismissed without prejudice and that costs and attorneys' fees shall be taxed to the party incurring same. Accordingly, it is ORDERED that this case is dismissed without prejudice and that each party shall bear its own costs and attorneys' fees.

SIGNED AND ENTERED this 23rd day of November, 2004.

_____
JUDGE PRESIDING

AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE - p. 1

AGREED TO:

By: _____/s/ Sarah A. Donch_____
John R. Crews
State Bar No. 00785529
Jon G. Shepherd
State Bar No. 00788402
Sarah A. Donch
State Bar No. 24002003

GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6911
Telephone:    (214) 698-3100
Telecopy:     (214) 698-3400

ATTORNEYS FOR PLAINTIFF SABRE INC.


By: _____/s/ Harry Susman_____
Stephen D. Susman
State Bar No. 19521000
Harry P. Susman
State Bar No. 24008875
Suyash Agrawal
State Bar No. 24036110

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone:    (713) 651-9366
Telecopy:     (713) 654-6666

ATTORNEYS FOR DEFENDANT AIR CANADA, INC.

50177335_1.DOC

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE - p. 2**